UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY B. COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13 C 2643 |
| | ) | |
| JACOB J. LEW, Secretary of the Department of the Treasury,[1] | ) | Judge Pallmeyer |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWER TO**
**COMPLAINTOF EMPLOYMENT DISCRIMINATION**

Defendant Timothy Geithner, Secretary of the Department of the Treasury, by Zachary T. Fardon, United States Attorney, answers plaintiff's complaint as follows:

**First Defense**

Plaintiff is barred from recovering for any alleged discriminatory acts for which she did not timely seek counselor contact and/or exhaust administrative remedies.

**Second Defense**

Answering the specific allegations of the complaint, the defendants admit, deny, or otherwise aver as follows:

1. **Complaint:** This is an action for employment discrimination.

**Response:** Defendant admits that plaintiff has brought an action for employment discrimination.

2. **Complaint:** The plaintiff is Mary B. Cooper of the county of Cook in the state of Illinois.

---

[1] Jacob J. Lew, the current Secretary of the Treasury, is substituted pursuant to Fed. R. Civ. P 25(d) for the former Secretary named by plaintiff .

**Response:** Upon information and belief, defendant admits the allegations contained in paragraph 2 of the complaint

3. **Complaint:** The defendant is Timothy F. Geithne *[sic]* Secretary, whose street address is Department of the Treasury Internal Revenue Service.

**Response:** Defendant denies the allegations contained in paragraph 3 of the complaint. Answering further, Jacob J. Lew is the Secretary, Department of the Treasury, and Secretary Lew should be substituted as the defendant in this lawsuit

4. **Complaint:** The plaintiff sought employment or was employed by the defendant at 230 South Dearborn Street, Chicago, Cook County, Illinois 60604.

**Reponse:** Defendant admits the allegations contained in paragraph 4 of the complaint

5. **Complaint:** The plaintiff was hired and is still employed by the defendant.

**Response:** Defendant admits the allegations contained in paragraph 5 of the complaint.

6. **Complaint:** The defendant discriminated against the plaintiff on or about, or beginning on or about, August, 2008.

**Response:** Defendant denies the allegations contained in paragraph 6 of the complaint.

7.2. **Complaint:** The defendant is a federal governmental agency, and (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

_X_ Yes, on November 23, 2009.

2. The plaintiff received a Final Agency Decision on January 13, 2013.

c. Attached is a copy of the Complaint of Employment Discrimination and Final Agency Decision.

**Response:** Defendant admits that the Department of the Treasury is a federal government agency. Defendant denies that plaintiff filed a complaint of employment discrimination on November 23, 2009. Answering further, plaintiff filed her administrative complaint on or about April 1, 2009. Defendant lacks sufficient information upon which to form a belief as to when plaintiff received a final agency decision. Defendant denies that plaintiff has attached a copy of the administrative complaint she filed with the Department of the Treasury to this federal court complaint. Defendant denies that plaintiff has attached a final agency decision to this federal court complaint. Answering further, plaintiff attached the Equal Employment Opportunity Commission Office of Federal Operations' Decision dated January 9, 2013, denying her request for reconsideration.

8. **Complaint:** The United Sates Equal Employment Opportunity Commission has issued a Notice of Right to Sue, which was received by the plaintiff on January 14, 2013, a copy of which Notice is attached to this complaint.

**Response:** Defendant lacks sufficient information upon which to form a belief as to when plaintiff received a Notice of Right to Sue. Defendant denies that the Equal Employment Opportunity Commission issued a Notice of Right to Sue for her administrative complaint.

11. **Complaint:** Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 29 U.S.C. §1331, 8 U.S.C §1343(a)(3), and 42 U.S.C. §2000e-5e-5(f)(3); for 42 U.S.C. §1981 and §1983 by 42 U.S.C. §1988; for the A.D.E.A. by 42. U.S.C. §12117; for the Rehabilitation Act, 29 U.S.C. §791.

**Response:** Defendant admits that plaintiff has brought an action for an alleged violation of Title VII and that the court has jurisdiction under 28 U.S.C. §1331,
28 U.S.C. §1343(a)(3), and 42 U.S.C. §2000e-5(f)(3).

12. **Complaint:** The defendant failed to promote the plaintiff and failed to stop harassment.

**Response:** Defendant admits that plaintiff was not promoted to the position of Senior Disclosure Specialist, GS-0301-12, under vacancy announcement 50-18-CL-091201. Defendant denies that plaintiff was subjected to harassment and that defendant failed to stop harassment.

15. **Complaint:** The plaintiff demands that the case be tried by a jury.

**Response:** Defendant admits that plaintiff has requested a jury trial.

WHEREFORE, defendant requests that the case be dismissed with costs and that the court award such further relief as may be appropriate.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Kathryn A. Kelly
KATHRYN A. KELLY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1936
kathryn.kelly@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

Answer

was served on November 22, 2013, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, if any, and was mailed to:

Mary B. Cooper
1429 North LaVergne
Chicago, Illinois 60651

s/ Kathryn A. Kelly
KATHRYN A. KELLY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-1936